**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6271

TERRY EUGENE COOK,

                                    Plaintiff - Appellant,

        versus

RICK SWANSON; ROY LUTHROP; MS. LUTHROP,
Mailroom Supervisor; MR. BELL, Associate
Warden; E. RAINWATER; LEON GEE; ZOLTAN VENDER,
Dr.; BERNARD PARINO, Dr.; P. A. JOYNER; P. A.
DAWSON; MOHAMMAD NAEEM; VEN ENEJE; DAVID
GARCIA; LUIS CALUO; P. A. DECKER; C. E. FLOYD;
A. BALIANO; S. GAL; ART BEELER; E. BLAIR; H.
SILBERMAN, Dr.; GAGE OCHSNER, JR., Dr.,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-03-947-5-BO)

Submitted:  June 10, 2004            Decided:  June 18, 2004

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Eugene Cook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry Eugene Cook appeals the district court's order dismissing his action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cook v. Swanson</u>, No. CA-03-947-5-BO (E.D.N.C. filed Jan. 20, 2004; entered Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>